UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD REYNOLDS, : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No.: 3:21-cv-01064 (SRU) |
| : | |
| ANGEL QUIROS, ET AL : | |
|     Defendants. : | May 23, 2024 |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), the plaintiff Richard Reynolds hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the judgment, entered on March 25, 2024, and all orders merged therein. On April 17, 2024 this Court extended the deadline to appeal to May 24, 2024.

THE PLAINTIFF

By /s/ David N. Rosen
David N. Rosen, CT 00196
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605 Fax
drosen@davidrosenlaw.com

1

APPEAL,CLOSED,EFILE,MEG,PRO BONO,REFCNF,REFMC,WIG

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:21−cv−01064−SRU
*Internal Use Only*

Reynolds v. Quiros et al  
Assigned to: Judge Stefan R. Underhill  
Referred to: Judge Maria E. Garcia (Settlement)  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 08/03/2021  
Date Terminated: 03/25/2024  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

**Richard Reynolds**     represented by     **David N. Rosen**  
David N. Rosen & Associates, P.C.  
400 Orange St  
New Haven, CT 06511  
203−787−3513  
Fax: 203−789−1605  
Email: drosen@davidrosenlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Angel Quiros**     represented by     **Frank Joseph Garofalo , III**  
Office of the Attorney General  
165 Capitol Avenue  
Hartford, CT 06106  
860−808−5049  
Email: frank.garofalo@ct.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**James Michael Belforti**  
Office of the Attorney General  
165 Capitol Avenue  
Hartford, CT 06106  
860−808−5436  
Fax: 860−808−5591  
Email: james.belforti@ct.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Madeline A. Melchionne**  
Attorney General's Office  
Public Safety & Special Revenue  
MacKenzie Hall, 110 Sherman St.  
Hartford, CT 06105  
860−808−5450  
Fax: 860−808−5591  
Email: Madeline.Melchionne@ct.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Kristine Barone**     represented by     **Frank Joseph Garofalo , III**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                                        **James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Madeline A. Melchionne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Salius**                                 represented by   **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Madeline A. Melchionne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Mulligan**                        represented by   **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Madeline A. Melchionne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doran**
*Dep Warden*
*TERMINATED: 04/06/2022*          represented by   **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Madeline A. Melchionne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Burns**                                       represented by   **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **James Michael Belforti**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline A. Melchionne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Maiga**      represented by    **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Craig Washington**      represented by    **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger Bowles**      represented by    **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Damien Doran**      represented by    **Frank Joseph Garofalo , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline A. Melchionne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2021 | 1 | PRISCS – COMPLAINT against Kristine Barone, Burns, Doran, William Mulligan, Angel Quiros, Scott Salius, filed by Richard Reynolds.(Fazekas, J.) (Entered: |

| | | |
|---|---|---|
| | | 08/04/2021) |
| 08/03/2021 | 2 | PRISCS – MOTION for Leave to Proceed in forma pauperis by Richard Reynolds. (Fazekas, J.) (Entered: 08/04/2021) |
| 08/03/2021 | 3 | PRISCS – MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction (Responses due by 8/24/2021, ) by Richard Reynolds. (Fazekas, J.) (Entered: 08/04/2021) |
| 08/03/2021 | 4 | PRISCS – MOTION to Appoint Counsel by Richard Reynolds. (Fazekas, J.) Modified on 8/4/2021 to correct file date (Fazekas, J.). (Entered: 08/04/2021) |
| 08/03/2021 | 5 | PRISCS – JUDICIAL NOTICE by Richard Reynolds. (Fazekas, J.) Modified on 8/4/2021 to add prefix (Fazekas, J.). (Entered: 08/04/2021) |
| 08/03/2021 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Stefan R. Underhill on 08/3/2021.(Fazekas, J.) (Entered: 08/04/2021) |
| 08/03/2021 | 7 | STANDING PROTECTIVE ORDER Signed by Judge Stefan R. Underhill on 08/3/2021.(Fazekas, J.) (Entered: 08/04/2021) |
| 08/03/2021 | 8 | STANDING ORDER ON PRISONER ELECTRONIC FILING PROGRAM Signed by Judge Janet C. Hall on 08/3/2021.(Fazekas, J.) (Entered: 08/04/2021) |
| 08/09/2021 | 9 | Notice to petitioner re: Insufficiency 2 Ledger Sheet. You must submit a Ledger Sheet showing the past six months transaction. If insufficiency not corrected Dismissal due by 8/30/2021 Signed by Judge Thomas O. Farrish on 8/9/21.(Payton, R.) (Entered: 08/09/2021) |
| 08/16/2021 | 10 | MOTION for Leave to Proceed in forma pauperis by Richard Reynolds. (Payton, R.) (Entered: 08/16/2021) |
| 08/16/2021 | 11 | Prisoner Trust Fund Account Statement by Richard Reynolds. (Payton, R.) (Entered: 08/16/2021) |
| 08/18/2021 | 12 | ORDER denying 2 Motion for Leave to Proceed in forma pauperis; granting 10 Motion for Leave to Proceed in forma pauperis. If you change your address at any time during the litigation of this case, Local Rule 83.1(c)2 provides that you notify the court. Failure to do so can result in the dismissal of your case. Signed by Judge Thomas O. Farrish on 8/18/21. (Payton, R.) (Entered: 08/18/2021) |
| 10/06/2021 | 13 | ORDER granting 4 Motion to Appoint Counsel. Signed by Judge Stefan R. Underhill on 10/6/2021. (Powell, G.) (Entered: 10/06/2021) |
| 10/06/2021 | 14 | Order Appointing Pro Bono Counsel David N. Rosen for Richard Reynolds pursuant to D. Conn L. Civ R 83.10. Counsel is directed to contact their client and file an appearance in accordance with Local Rule 5(b) within 14 days.Counsel is further directed to review the Notice Regarding Local Rule 83.10(k): Incurring Pro Bono Expenses and Local Rule 83.10(k) (copies available on the courts website at: http://ctd.uscourts.gov/pro–bono–information–0). Signed by Judge Stefan R. Underhill on 10/6/21.(Bauer, J.) (Entered: 10/06/2021) |
| 10/06/2021 | 15 | NOTICE to pro bono counsel regarding incurring expenses. Signed by Clerk on 10/6/21.(Bauer, J.) (Entered: 10/06/2021) |
| 10/29/2021 | 16 | NOTICE of Appearance by David N. Rosen on behalf of Richard Reynolds (Rosen, David) (Entered: 10/29/2021) |
| 12/21/2021 | 17 | NOTICE of Appearance by Madeline A. Melchionne on behalf of Kristine Barone, Burns, Doran, William Mulligan, Angel Quiros, Scott Salius (Melchionne, Madeline) (Entered: 12/21/2021) |
| 12/21/2021 | 18 | NOTICE of Appearance by Frank Joseph Garofalo, III on behalf of Kristine Barone, Burns, Doran, William Mulligan, Angel Quiros, Scott Salius *in addition to the Appearance already on file for AAG Madeline A. Melchionne* (Garofalo, Frank) (Entered: 12/21/2021) |

| | | |
|---|---|---|
| 12/27/2021 | 19 | WAIVER OF SERVICE Returned Executed as to William Mulligan. Waiver sent on 12/15/2021, answer due 2/13/2022. (Freberg, B) (Entered: 12/28/2021) |
| 12/28/2021 | 20 | WAIVER OF SERVICE Returned Executed as to Angel Quiros waiver sent on 12/15/2021, answer due 2/13/2022 filed by Richard Reynolds. (Rosen, David) (Entered: 12/28/2021) |
| 01/10/2022 | 21 | WAIVER OF SERVICE Returned Executed as to Doran waiver sent on 12/15/2021, answer due 2/13/2022 filed by Richard Reynolds. (Rosen, David) (Entered: 01/10/2022) |
| 01/10/2022 | 22 | WAIVER OF SERVICE Returned Executed as to Kristine Barone waiver sent on 12/15/2021, answer due 2/13/2022 filed by Richard Reynolds. (Rosen, David) (Entered: 01/10/2022) |
| 01/23/2022 | 23 | WAIVER OF SERVICE Returned Executed as to Burns waiver sent on 12/15/2021, answer due 2/13/2022 filed by Richard Reynolds. (Rosen, David) (Entered: 01/23/2022) |
| 02/14/2022 | 24 | MOTION to Dismiss by Kristine Barone, Burns, Doran, William Mulligan, Angel Quiros, Scott Salius.Responses due by 3/7/2022 (Attachments: # 1 Memorandum in Support Mem in Support of Motion to Dismiss, # 2 Exhibit A, # 3 Exhibit B)(Garofalo, Frank) (Entered: 02/14/2022) |
| 02/23/2022 | 25 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Status Conference set for 3/3/2022 at 10:00 AM before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 02/23/2022) |
| 03/03/2022 | 26 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 3/3/2022. Total Time: 0 hours and 13 minutes. (Court Reporter M. Cianciullo). (Powell, G.) Modified on 4/6/2022 to edit file date (Torres, K.). (Entered: 03/07/2022) |
| 03/07/2022 | 27 | MEMORANDUM and ORDER of Status Conference held on March 3, 2022. Signed by Judge Stefan R. Underhill on 03.07.22.(Powell, G.) (Entered: 03/07/2022) |
| 03/07/2022 | 28 | ORDER: For the reasons explained on the record at the status conference held on March 3, 2022, the Motions for a TRO 3 and for a Preliminary Injunction 3 are denied as moot without prejudice to refiling. The Motion to Dismiss 24 is additionally denied as moot without prejudice to refiling. Signed by Judge Stefan R. Underhill on 03.07.22. (Powell, G. ) (Entered: 03/07/2022) |
| 03/22/2022 | 29 | Consent MOTION for Extension of Time until April 14 to file Amended Complaint 27 Memorandum of Conference by Richard Reynolds. (Rosen, David) (Entered: 03/22/2022) |
| 03/31/2022 | 30 | ORDER granting 29 Motion for Extension of Time until April 14 to file Amended Complaint. Signed by Judge Stefan R. Underhill on 03.31.22. (Powell, G.) (Entered: 03/31/2022) |
| 04/06/2022 | 31 | AMENDED COMPLAINT against All Defendants, filed by Richard Reynolds. (Attachments: # 1 Exhibit, # 2 Exhibit)(Rosen, David) (Entered: 04/06/2022) |
| 04/06/2022 | 32 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction (Responses due by 4/27/2022, ) by Richard Reynolds. (Attachments: # 1 Memorandum in Support)(Rosen, David) (Entered: 04/06/2022) |
| 04/08/2022 | 33 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Status Conference set for 4/13/2022 at 10:00 AM before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 04/08/2022) |
| 04/08/2022 | | Request for Clerk to issue summons as to Roger Bowles, David Maiga, Craig Washington. (Rosen, David) (Entered: 04/08/2022) |

| | | |
|---|---|---|
| 04/08/2022 | 34 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Roger Bowles, David Maiga, Craig Washington* with answer to complaint due within *21* days. Attorney *David N. Rosen* *David N. Rosen & Associates, P.C.* *400 Orange St* *New Haven, CT 06511*. (Oliver, T.) (Entered: 04/08/2022) |
| 04/13/2022 | 35 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 4/13/2022. Total Time: 0 hours and 23 minutes. (Court Reporter M. Cianciullo). (Powell, G.) (Entered: 04/14/2022) |
| 04/14/2022 | 36 | MEMORANDUM and ORDER of Status Conference held on April 13, 2022. Signed by Judge Stefan R. Underhill on 04.14.22.(Powell, G.) (Entered: 04/14/2022) |
| 04/14/2022 | 37 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Hearing on Motion for Temporary Restraining Order and Preliminary Injunction set for **May 3, 2022** at 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Powell, G.) (Entered: 04/14/2022) |
| 04/20/2022 | 38 | OBJECTION re 32 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Melchionne, Madeline) (Entered: 04/20/2022) |
| 04/20/2022 | 39 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Pretrial Conference set for 4/21/2022 at 01:30 PM before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 04/20/2022) |
| 04/21/2022 | 40 | REPLY to Response to 32 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Richard Reynolds. (Rosen, David) (Entered: 04/21/2022) |
| 04/21/2022 | 42 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Conference held on 4/21/2022. Total Time: 0 hours and 8 minutes. (Court Reporter M. Cianciullo). (Powell, G.) (Entered: 04/25/2022) |
| 04/25/2022 | 41 | WAIVER OF SERVICE Returned Executed as to Craig Washington waiver sent on 4/8/2022, answer due 6/7/2022 filed by Richard Reynolds. (Rosen, David) (Entered: 04/25/2022) |
| 04/25/2022 | 43 | MEMORANDUM of Pretrial Conference and ORDER. Signed by Judge Stefan R. Underhill on 04.25.22.(Powell, G.) (Entered: 04/25/2022) |
| 04/25/2022 | 44 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Pretrial Conference set for 4/29/2022 at 02:00 PM before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 04/25/2022) |
| 04/25/2022 | 45 | Writ of Habeas Corpus ad Testificandum for **May 3, 2022.** The clerk is directed to fax a copy of this writ directly to the facility listed (Garner, CI at 203–270–2812). (Powell, G.) (Entered: 04/25/2022) |
| 04/29/2022 | 46 | TRANSCRIPT of Proceedings: Type of Hearing: Telephonic Status Conference. Held on 3/3/2022 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | |
|---|---|---|
| | | through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/20/2022. Redacted Transcript Deadline set for 5/30/2022. Release of Transcript Restriction set for 7/28/2022. (Cianciullo, Melissa) (Entered: 04/29/2022) |
| 04/29/2022 | 47 | TRANSCRIPT of Proceedings: Type of Hearing: Telephonic Pretrial Conference. Held on 4/21/2022 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/20/2022. Redacted Transcript Deadline set for 5/30/2022. Release of Transcript Restriction set for 7/28/2022. (Cianciullo, Melissa) (Entered: 04/29/2022) |
| 04/29/2022 | 48 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Conference held on 4/29/2022. Total Time: 0 hours and 24 minutes. (Court Reporter M. Cianciullo). (Powell, G.) (Entered: 04/29/2022) |
| 04/29/2022 | 49 | MEMORANDUM and ORDER of Pretrial Conference held on April 29, 2022. Signed by Judge Stefan R. Underhill on 04.29.22. (Powell, G.) (Entered: 04/29/2022) |
| 05/03/2022 | 50 | Writ of Habeas Corpus ad Testificandum for **May 4, 2022.** The clerk is directed to fax a copy of this writ directly to the facility listed (Garner, CI at 203–270–2812). Signed by Judge Stefan R. Underhill on 05.03.22.(Powell, G.) (Entered: 05/03/2022) |
| 05/03/2022 | 51 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing on Motion for Temporary Restraining Order and Preliminary Injunction set for **May 4, 2022** at 10:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Powell, G.) (Entered: 05/03/2022) |
| 05/03/2022 | 52 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 5/3/2022 re 32 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Richard Reynolds. Hearing on Motion for Temporary Restraining Order and Preliminary Injunction continued to May 4, 2022 at 10:00 AM. Total Time: 6 hours and 20 minutes(Court Reporter M. Cianciullo.) (Torres, K.) (Entered: 05/03/2022) |
| 05/04/2022 | 53 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 5/4/2022 re 32 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Richard Reynolds. Total Time: 2 hours and 22 minutes(Court Reporter M. Cianciullo.) (Torres, K.) (Entered: 05/04/2022) |
| 05/04/2022 | 54 | Exhibit & Witness List. (Torres, K.) (Entered: 05/04/2022) |
| 05/09/2022 | 55 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing, Volume I. Held on 5/3/2022 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/30/2022. Redacted Transcript Deadline set for 6/9/2022. Release of Transcript Restriction set for 8/7/2022. (Cianciullo, Melissa) (Entered: 05/09/2022) |

| | | |
|---|---|---|
| 05/09/2022 | 56 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing, Volume II. Held on 5/4/2022 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/30/2022. Redacted Transcript Deadline set for 6/9/2022. Release of Transcript Restriction set for 8/7/2022. (Cianciullo, Melissa) (Entered: 05/09/2022) |
| 05/11/2022 | 57 | WAIVER OF SERVICE Returned Executed as to Roger Bowles waiver sent on 4/11/2022, answer due 6/10/2022 filed by Richard Reynolds. (Rosen, David) (Entered: 05/11/2022) |
| 05/17/2022 | 58 | MOTION Post Hearing Re: Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction re 32 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius.Responses due by 6/7/2022 (Melchionne, Madeline) (Entered: 05/17/2022) |
| 05/17/2022 | 59 | NOTICE by Richard Reynolds re 32 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *of Plaintiff's Post Hearing Brief* (Rosen, David) (Entered: 05/17/2022) |
| 05/27/2022 | 60 | ANSWER to 31 Amended Complaint with Affirmative Defenses. by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius.(Melchionne, Madeline) (Entered: 05/27/2022) |
| 06/07/2022 | 61 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.Telephonic Status Conference set for **June 16, 2022** at 10:00 AM before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 06/07/2022) |
| 06/16/2022 | 62 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 6.16.2022. Total Time: 0 hours and 14 minutes. (Court Reporter M. Cianciullo). (Powell, G.) (Entered: 06/17/2022) |
| 06/17/2022 | 63 | MEMORANDUM of Status Conference and ORDER. Signed by Judge Stefan R. Underhill on 06.17.22.(Powell, G.) (Entered: 06/17/2022) |
| 06/23/2022 | 64 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for **June 27, 2022 at 11:00 AM** before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 06/23/2022) |
| 06/27/2022 | 65 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 6/27/2022. Total Time: 0 hours and 30 minutes. (Court Reporter M. Cianciullo) (Powell, G.) (Entered: 06/30/2022) |
| 06/30/2022 | 66 | MEMORANDUM of Status Conference and ORDER. Signed by Judge Stefan R. Underhill on 06.30.22.(Powell, G.) (Entered: 06/30/2022) |
| 07/05/2022 | 67 | ORDER REFERRING CASE to Magistrate Judge William I Garfinkel for settlement purposes. Signed by Judge Stefan R. Underhill on 7/5/2022. (Reis, Julia) (Entered: 07/05/2022) |
| 07/12/2022 | 70 | Minute Entry for proceedings held before Magistrate Judge William I Garfinkel: Telephonic Status Conference held on 7/12/2022. Total time: 30 minutes (Imbriani, Susan) (Entered: 08/04/2022) |

| Date | # | Description |
|---|---|---|
| 07/18/2022 | 68 | ORDER – A settlement conference has been scheduled for Tuesday, August 2, 2022 at 10:00 a.m. before Judge William I. Garfinkel, at a location to be determined. Counsel shall provide a confidential ex parte settlement memorandum by emailing such memorandum to the Magistrate Judge on or before July 29, 2022. Such memorandum shall include, inter alia, the names of the client representatives who are going to be present at the settlement conference, a summary of all previous settlement discussions (if any), and the party's present settlement position. Signed by Magistrate Judge William I Garfinkel on 7/18/2022.(Imbriani, Susan) (Entered: 07/18/2022) |
| 07/18/2022 | 69 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement Conference set for 8/2/2022 10:00 AM before Magistrate Judge William I Garfinkel. (Imbriani, Susan) (Entered: 07/18/2022) |
| 07/26/2022 | 71 | Minute Entry for proceedings held before Magistrate Judge William I Garfinkel: Status Conference held on 7/26/2022. Total time: 30 minutes (Imbriani, Susan) (Entered: 08/04/2022) |
| 08/02/2022 | 72 | Minute Entry for proceedings held before Magistrate Judge William I Garfinkel: Settlement Conference held on 8/2/2022. Total Time: 4 hours and 00 minutes (Imbriani, Susan) (Entered: 08/04/2022) |
| 08/09/2022 | 73 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for **August 11, 2022 at 5:45 p.m.** before Judge Stefan R. Underhill. The call–in for the conference is (888) 636–3807; when prompted for the access code, dial 650–8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.). (Powell, G.) (Entered: 08/09/2022) |
| 08/12/2022 | 74 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 8/11/2022. Total Time: 0 hours and 31 minutes. (Powell, G.) (Entered: 08/12/2022) |
| 08/15/2022 | 75 | MEMORANDUM of Status Conference and ORDER. A scheduling order will follow. Signed by Judge Stefan R. Underhill on 8/15/2022. (Hurley, S.) (Entered: 08/15/2022) |
| 08/15/2022 | 76 | SCHEDULING ORDER: Jury Demand due 09/22/2022. Discovery due by 10/31/2022. Dispositive Motions due by 11/11/2022. Jury Trial set for 12/6/2022, if no dispositive motion is filed. Signed by Judge Stefan R. Underhill on 8/15/2022. (Hurley, S.) (Entered: 08/15/2022) |
| 09/02/2022 | 77 | MOTION to Consolidate Trial on the Merits with Preliminary Injunction/TRO Hearing by Richard Reynolds *of Motion to Consolidate Trial on the Merits with Preliminary Injunction/TRO Hearing* (Rosen, David) Modified on 9/8/2022 TO CORRECT THE EVENT TYPE (Oliver, T.). (Entered: 09/02/2022) |
| 09/02/2022 | 78 | ENTERED IN ERROR – MOTION to Consolidate Cases. Case to be consolidated with 3:13–cv–01465–SRU Reynolds v. Arnone et al by William Mulligan. Responses due by 9/23/2022 (Oliver, T.) Modified on 9/8/2022 (Oliver, T.). (Entered: 09/08/2022) |
| 09/02/2022 | | ENTERED IN ERROR – Set Deadlines as to 77 MOTION to Consolidate Cases. Case to be consolidated with 3:13–cv–01465–SRU Reynolds v. Arnone et al. Responses due by 9/23/2022 (Oliver, T.) Modified on 9/8/2022 (Oliver, T.). (Entered: 09/08/2022) |
| 09/08/2022 | | Docket Entry Correction re 78 MOTION to Consolidate Cases. Case to be consolidated with MODIFIED TO NOTE ENTRY HAS BEEN ENTERED IN ERROR (Oliver, T.) (Entered: 09/08/2022) |
| 09/08/2022 | | Docket Entry Correction re Set Deadlines as to 77 MOTION to Consolidate Cases. Case to be consolidated with 3:13–cv–01465–SRU Reynolds v. Arnone et al. Responses due by 9/23/2022 MODIFIED TO NOTE ENTRY HAS BEEN ENTERED IN ERROR (Oliver, T.) (Entered: 09/08/2022) |

| | | |
|---|---|---|
| 09/20/2022 | 79 | MOTION to Amend/Correct 77 MOTION *to Consolidate Trial on Merits with Preliminary Injunction/TRO Hearing* by Richard Reynolds.Responses due by 10/11/2022 (Rosen, David) (Entered: 09/20/2022) |
| 09/21/2022 | 80 | MOTION for Enlargement of Time to File Jury Demand Order by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius. (Attachments: # 1 Affidavit Declaration of Frank J. Garofalo III)(Garofalo, Frank) (Entered: 09/21/2022) |
| 09/27/2022 | 81 | OBJECTION re 77 MOTION *to Consolidate the Preliminary Injunction / Moton to Consolidate with Reynolds v. Arnone, No. 3:13−cv−1465* filed by Kristine Barone, Burns, Doran, Damien Doran, William Mulligan, Angel Quiros, Scott Salius. (Garofalo, Frank) (Entered: 09/27/2022) |
| 09/29/2022 | 82 | NOTICE of Appearance by James Michael Belforti on behalf of Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius *in addition to the Appearance already on file for AAG Frank J. Garofalo* (Belforti, James) (Entered: 09/29/2022) |
| 10/04/2022 | 83 | MOTION for *Leave* to depose person confined in prison Order by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius. (Garofalo, Frank) (Entered: 10/04/2022) |
| 10/12/2022 | 84 | ORDER granting 83 Motion for Leave to Depose Richard Reynolds. Signed by Judge Stefan R. Underhill on 10/12/2022. (Khabbaz, D.) (Entered: 10/12/2022) |
| 10/13/2022 | 85 | OBJECTION re 80 MOTION for Enlargement of Time to File Jury Demand Order filed by Richard Reynolds. (Attachments: # 1 Affidavit David N. Rosen)(Rosen, David) (Entered: 10/13/2022) |
| 10/14/2022 | 86 | REPLY to Response to 77 MOTION, 79 MOTION to Amend/Correct 77 MOTION *to Consolidate Trial on Merits with Preliminary Injunction/TRO Hearing* filed by Richard Reynolds. (Rosen, David) (Entered: 10/14/2022) |
| 10/14/2022 | 87 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Status Conference set for 10/28/2022 03:30 PM before Judge Stefan R. Underhill. The call−in for the conference is 888.636.3807; when prompted for the access code, dial 650.8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Khabbaz, D.) (Entered: 10/14/2022) |
| 10/28/2022 | 88 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 10/28/2022. Total Time: 00 hours and 16 minutes (Court Reporter Melissa Cianciullo.) (Khabbaz, D.) (Entered: 10/28/2022) |
| 11/16/2022 | 89 | MEMORANDUM of Status Conference and ORDER. Signed by Judge Stefan R. Underhill on 11/16/2022. (Khabbaz, D.) (Entered: 11/16/2022) |
| 11/17/2022 | 90 | Consent MOTION for Extension of Time until January 9, 2023 to Set Deadlines 89 Memorandum of Conference by Richard Reynolds. (Rosen, David) (Entered: 11/17/2022) |
| 12/12/2022 | 91 | ORDER granting 90 Motion for Extension of Time. The parties shall file a joint proposed scheduling order setting deadlines for discovery by January 9, 2023. Signed by Judge Stefan R. Underhill on 12/12/2022. (Khabbaz, D.) (Entered: 12/12/2022) |
| 01/09/2023 | 92 | PROPOSED ORDER re 89 Memorandum of Conference *Proposed Scheduling Order* by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius. (Garofalo, Frank) (Entered: 01/09/2023) |
| 01/10/2023 | 93 | ORDER denying 80 Motion for Enlargement of Time to File a Jury Demand. Signed by Judge Stefan R. Underhill on 1/10/2023. (Khabbaz, D.) (Entered: 01/10/2023) |
| 01/13/2023 | 94 | SCHEDULING ORDER: The Proposed Scheduling Order, doc. no. 92 , is approved as follows:<br><br>Discovery due by 5/15/2023;<br>Dispositive Motions due by 6/15/2023; |

| | | |
|---|---|---|
| | | Objections to Dispositive Motions due by 7/15/2023;<br>Reply Briefs due by 7/30/2023; and<br>Jury Trial set for 9/19/2023 09:00 AM before Judge Stefan R. Underhill.<br><br>Additionally, the deadline for the plaintiff to report to the Court whether he intends to pursue his motion for preliminary injunction shall be 1/23/2023.<br><br>Signed by Judge Stefan R. Underhill on 1/13/2023. (Khabbaz, D.) (Entered: 01/13/2023) |
| 01/23/2023 | 95 | ORDER: The Court has received communication from the plaintiff's counsel indicating that the plaintiff is no longer pursuing his motion for a preliminary injunction and TRO. Accordingly, the plaintiff's 32 motion for preliminary injunction and TRO is **denied without prejudice**. In addition, the defendants' 58 post−hearing motion regarding the plaintiff's motion for TRO and preliminary injunction is **found as moot**. So ordered. Signed by Judge Stefan R. Underhill on 1/23/2023. (Khabbaz, D.) (Entered: 01/23/2023) |
| 03/07/2023 | 96 | MOTION to Compel by Richard Reynolds.Responses due by 3/28/2023 (Attachments: # 1 Exhibit Re−Notice of Deposition)(Rosen, David) (Entered: 03/07/2023) |
| 03/10/2023 | 97 | OBJECTION re 96 MOTION to Compel filed by Kristine Barone, Burns, Damien Doran, William Mulligan, Angel Quiros, Scott Salius. (Garofalo, Frank) (Entered: 03/10/2023) |
| 03/23/2023 | 98 | ORDER: Counsel has advised Chambers that the parties have resolved the dispute that is the subject of the plaintiff's motion to compel, doc. no. 96. Accordingly, the 96 Motion to Compel is **denied as moot**. Signed by Judge Stefan R. Underhill on 3/23/2023. (Khabbaz, D.) (Entered: 03/23/2023) |
| 03/28/2023 | | Filing fee received from Richard Reynolds: $ 350.00, receipt number CTXB00013572 (Corriette, M.) (Entered: 03/29/2023) |
| 04/03/2023 | 99 | MOTION for Protective Order *JOINT* by Kristine Barone, Burns, Damien Doran, William Mulligan, Scott Salius.Responses due by 4/24/2023 (Attachments: # 1 Exhibit A)(Garofalo, Frank) (Entered: 04/03/2023) |
| 05/15/2023 | 100 | MOTION for Modification of the Scheduling Order (ECF #94) Order by Angel Quiros. (Garofalo, Frank) (Entered: 05/15/2023) |
| 05/16/2023 | 101 | ORDER **granting** 100 Motion to Modify Scheduling Order. Signed by Judge Stefan R. Underhill on 5/16/2023. (Khabbaz, D.) (Entered: 05/16/2023) |
| 05/16/2023 | | Set Deadlines/Hearings: Discovery due by 6/15/2023. Dispositive Motions due by 7/17/2023. (Khabbaz, D.) (Entered: 05/16/2023) |
| 05/17/2023 | 102 | ORDER **granting** 99 Motion for Protective Order. Signed by Judge Stefan R. Underhill on 5/17/2023. (Khabbaz, D.) (Entered: 05/17/2023) |
| 06/02/2023 | 103 | NOTICE of Appearance by Frank Joseph Garofalo, III on behalf of Roger Bowles, David Maiga, Craig Washington (Garofalo, Frank) (Entered: 06/02/2023) |
| 06/02/2023 | 104 | NOTICE of Appearance by James Michael Belforti on behalf of Roger Bowles, David Maiga, Craig Washington (Belforti, James) (Entered: 06/02/2023) |
| 06/14/2023 | 105 | OBJECTION *to Document Request in Notice of Deposition* filed by Richard Reynolds. (Rosen, David) (Entered: 06/14/2023) |
| 06/15/2023 | 106 | MOTION for to Modify Scheduling Order Order by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington. (Garofalo, Frank) (Entered: 06/15/2023) |
| 06/16/2023 | 107 | ORDER **granting** 106 Motion to Modify Scheduling Order. Signed by Judge Stefan R. Underhill on 6/16/2023. (Khabbaz, D.) (Entered: 06/16/2023) |
| 06/16/2023 | | Set Deadlines/Hearings: Discovery due by 7/17/2023. Dispositive Motions due by 8/11/2023. (Khabbaz, D.) (Entered: 06/16/2023) |

| | | |
|---|---|---|
| 07/21/2023 | 108 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Status Conference set for **8/1/2023 11:00 AM** before Judge Stefan R. Underhill.<br><br>The call–in for the conference is 888.636.3807; when prompted for the access code, dial 650.8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Khabbaz, D.) (Entered: 07/21/2023) |
| 08/01/2023 | 109 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Status Conference held on 8/1/2023. Total Time: 00 hours and 33 minutes. (Court Reporter Melissa Cianciullo.) (Khabbaz, D.) (Entered: 08/01/2023) |
| 08/01/2023 | 110 | MEMORANDUM of Status Conference and ORDER.<br>Signed by Judge Stefan R. Underhill on 8/1/2023. (Khabbaz, D.) (Entered: 08/01/2023) |
| 08/01/2023 | 111 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>*RESET FROM 9/19/2023*. Bench Trial rescheduled to **10/20/2023 at 9:00 AM** in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill.<br><br>A Telephonic Status Conference is scheduled for **8/8/2023 at 2:00 PM** before Judge Stefan R. Underhill. The call–in for the conference is 888.636.3807; when prompted for the access code, dial 650.8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Reis, Julia) (Entered: 08/02/2023) |
| 08/01/2023 | | Set Deadlines: Dispositive Motions due by 8/25/2023. Opposition due 9/1/2023. Reply due 9/8/2023. Discovery due by 9/1/2023. Joint Trial Memoranda due by 10/6/2023. Briefs related to the upcoming telephonic conference due 8/7/2023 by 12pm. (Reis, Julia) (Entered: 08/02/2023) |
| 08/07/2023 | 112 | MOTION for Extension of Time until 11:00 a.m. 8/8/23 to file submissions re: discovery dispute Set Deadlines/Hearings, by Richard Reynolds. (Rosen, David) (Entered: 08/07/2023) |
| 08/07/2023 | 113 | ORDER granting 112 Motion for Extension of Time until 11:00 a.m. 8/8/23 to file submissions re: discovery dispute. Signed by Judge Stefan R. Underhill on 8/7/2023. (Khabbaz, D.) (Entered: 08/07/2023) |
| 08/08/2023 | 114 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephonic Status Conference held on 8/8/2023. Total Time: 00 hours and 12 minutes (Court Reporter Melissa Cianciullo.) (Khabbaz, D.) (Entered: 08/08/2023) |
| 08/09/2023 | 115 | MEMORANDUM of Status Conference.<br>Signed by Judge Stefan R. Underhill on 8/9/2023. (Khabbaz, D.) (Entered: 08/09/2023) |
| 08/09/2023 | 116 | MOTION for *Order* to Modify the Scheduling Order and Continue Trial Order by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington. (Garofalo, Frank) (Entered: 08/09/2023) |
| 08/10/2023 | 117 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Telephonic Status Conference set for 8/10/2023 04:00 PM before Judge Stefan R. Underhill.<br><br>The call–in for the conference is 888.636.3807; when prompted for the access code, dial 650.8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.)<br>(Khabbaz, D.) (Entered: 08/10/2023) |

| | | |
|---|---|---|
| 08/10/2023 | 118 | Memorandum in Opposition re 116 MOTION for *Order* to Modify the Scheduling Order and Continue Trial Order filed by Richard Reynolds. (Rosen, David) (Entered: 08/10/2023) |
| 08/10/2023 | 121 | Minute Entry. Proceedings held before Judge Stefan R. Underhill: granting in part and denying in part 116 Motion to Modify Scheduling Order and to Continue Trial; Status Conference held on 8/10/2023. Total Time: 00 hours and 25 minutes. (Court Reporter Melissa Cianciullo.) (Khabbaz, D.) (Entered: 08/16/2023) |
| 08/11/2023 | 119 | RESPONSE re 118 Memorandum in Opposition to Motion filed by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington. (Attachments: # 1 Exhibit A)(Garofalo, Frank) (Entered: 08/11/2023) |
| 08/15/2023 | 120 | MEMORANDUM of Status Conference and ORDER Signed by Judge Stefan R. Underhill on 8/15/2023. (Khabbaz, D.) (Entered: 08/15/2023) |
| 08/15/2023 | | Set Deadlines/Hearings: Discovery due by 9/29/2023. (Khabbaz, D.) (Entered: 08/15/2023) |
| 08/25/2023 | 122 | MOTION for Summary Judgment by Kristine Barone, Roger Bowles, Burns, Doran, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington.Responses due by 9/15/2023 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts)(Garofalo, Frank) (Entered: 08/25/2023) |
| 08/25/2023 | 123 | EXHIBIT *LIST* by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington re 122 MOTION for Summary Judgment . (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Ex. E, # 6 Exhibit Ex. F, # 7 Exhibit Ex. G, # 8 Exhibit Ex. H, # 9 Exhibit Ex. I, # 10 Exhibit Ex. J, # 11 Exhibit Ex. K, # 12 Exhibit Ex. K−1, # 13 Exhibit Ex. L, # 14 Exhibit Ex. L−1, # 15 Exhibit Ex. L−2, # 16 Exhibit Ex. L−3, # 17 Exhibit Ex. M, # 18 Exhibit Ex. M−1, # 19 Exhibit Ex. M−2, # 20 Exhibit Ex. M−3, # 21 Exhibit Ex. M−4, # 22 Exhibit Ex. N, # 23 Exhibit Ex. N−1, # 24 Exhibit Ex. O−1, # 25 Exhibit Ex. O−2, # 26 Exhibit Ex. P, # 27 Exhibit Ex. Q, # 28 Exhibit Ex. R, # 29 Exhibit Ex. S, # 30 Exhibit Ex. T, # 31 Exhibit Ex. U, # 32 Exhibit Ex. V, # 33 Exhibit Ex. W, # 34 Exhibit Ex. X, # 35 Exhibit Ex. Y, # 36 Exhibit Ex. Z, # 37 Exhibit Ex. AA, # 38 Exhibit Ex. BB, # 39 Exhibit Ex. CC, # 40 Exhibit Ex. DD, # 41 Exhibit Ex. EE, # 42 Exhibit Ex. FF, # 43 Exhibit Ex. GG)(Garofalo, Frank) (Entered: 08/26/2023) |
| 08/29/2023 | 124 | NOTICE by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington re 123 Exhibit,,,, (Attachments: # 1 Exhibit Amended Ex. C, # 2 Exhibit Amended Ex. G, # 3 Exhibit Amended Ex. M−1)(Garofalo, Frank) (Entered: 08/29/2023) |
| 08/30/2023 | 125 | Sealed Document: Exhibit K−1 by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington re 123 Exhibit List. (Oliver, T.) (Entered: 08/30/2023) |
| 08/30/2023 | 126 | Sealed Document: Exhibit S by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington re 123 Exhibit List. (Oliver, T.) (Entered: 08/30/2023) |
| 09/01/2023 | 127 | Sealed Document: Plaintiff's Opposition to Defendants' Motion for Summary Judgment by Richard Reynolds. (Attachments: # 1 Memorandum in Support)(Rosen, David) Modified on 9/5/2023 (Oliver, T.). Modified on 9/5/2023 to correct event (Reis, Julia). (Entered: 09/01/2023) |
| 09/01/2023 | 128 | Sealed Document: Plaintiff's Response to Defendants' Rule 56(a)(1) Statement of Undisputed Material Facts by Richard Reynolds. (Rosen, David) Modified on 9/5/2023 (Oliver, T.). Modified on 9/5/2023 to correct event (Reis, Julia). (Entered: 09/01/2023) |
| 09/01/2023 | 129 | Sealed Document: Exhibits 1 − 11 to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Doc. 127 ) by Richard Reynolds. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11)(Rosen, |

| | | |
|---|---|---|
| | | David) Modified on 9/3/2023 (Reis, Julia). Modified on 9/5/2023 to correct event (Reis, Julia). (Entered: 09/01/2023) |
| 09/05/2023 | 130 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Telephonic Scheduling Conference set for 9/5/2023 02:00 PM before Judge Stefan R. Underhill.<br><br>The call–in for the conference is 888.636.3807; when prompted for the access code, dial 650.8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.)<br>(Khabbaz, D.) (Entered: 09/05/2023) |
| 09/05/2023 | 131 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Scheduling Conference held on 9/5/2023. Total Time: 00 hours and 18 minutes. (Court Reporter Melissa Cianciullo.) (Khabbaz, D.) (Entered: 09/05/2023) |
| 09/05/2023 | 132 | Sealed Document: PLAINTIFFS RULE 56(A)(3) STATEMENT OF ADDITIONAL DISPUTED FACTS by Richard Reynolds. (Rosen, David) Modified on 9/6/2023 TO CORRECT THE EVENT TYPE (Oliver, T.). (Entered: 09/05/2023) |
| 09/06/2023 | 133 | Sealed Document: Corrected Exhibit 7 to Plaintiff's Opposition to Motion for Summary Judgment by Richard Reynolds re 129 MOTION to Seal Exhibits 1 – 11 to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment . (Rosen, David) (Entered: 09/06/2023) |
| 09/07/2023 | 134 | NOTICE by Richard Reynolds *of Declaration of David N. Rosen* (Rosen, David) (Entered: 09/07/2023) |
| 09/08/2023 | 135 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>*RESET FROM 10/20/2023 at 9:00 AM*<br><br>Bench Trial set for 10/26/2023 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill.<br><br>(Khabbaz, D.) (Entered: 09/08/2023) |
| 09/08/2023 | 136 | RESPONSE re 127 SEALED MOTION Plaintiff's Opposition to Defendants' Motion for Summary Judgment filed by Kristine Barone, Roger Bowles, Burns, Doran, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington. (Garofalo, Frank) (Entered: 09/08/2023) |
| 09/21/2023 | 137 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Hearing on Motion for Summary Judgment, doc. no. 122, set for 10/20/2023 10:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill.<br><br>Pretrial Conference set for 10/23/2023 03:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill.<br><br>(Khabbaz, D.) (Entered: 09/21/2023) |
| 10/05/2023 | 138 | Consent MOTION for Extension of Time until October 11 to file Joint Trial Memorandum Set Deadlines/Hearings, by Richard Reynolds. (Rosen, David) (Entered: 10/05/2023) |
| 10/06/2023 | 139 | ORDER granting 138 Consent MOTION for Extension of Time until October 11 to file Joint Trial Memorandum.<br>Signed by Judge Stefan R. Underhill on 10/6/2023. (Khabbaz, D.) (Entered: 10/06/2023) |

| | | |
|---|---|---|
| 10/06/2023 | | Set Deadlines/Hearings: Joint Trial Memorandum due by 10/11/2023. (Khabbaz, D.) (Entered: 10/06/2023) |
| 10/11/2023 | 140 | Consent MOTION for Extension of Time until October 13, 2023 to file Joint Trial Memorandum by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington. (Garofalo, Frank) (Entered: 10/11/2023) |
| 10/12/2023 | 141 | ORDER granting 140 Motion for Extension of Time until October 13, 2023 to file Joint Trial Memorandum. Signed by Judge Stefan R. Underhill on 10/12/2023. (Khabbaz, D.) (Entered: 10/12/2023) |
| 10/12/2023 | | Set Deadlines/Hearings: Joint Trial Memorandum due by 10/13/2023. (Khabbaz, D.) (Entered: 10/12/2023) |
| 10/13/2023 | 142 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 10/13/2023 02:00 PM before Judge Stefan R. Underhill. The call−in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Friedle, H.) (Entered: 10/13/2023) |
| 10/13/2023 | 143 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/20/2023 at 10:00 AM* Hearing on 122 MOTION for Summary Judgment set for 10/20/2023 03:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Markowitz, C.) (Entered: 10/13/2023) |
| 10/13/2023 | 144 | Consent MOTION for Extension of Time until October 16, 2023 to file the Joint Trial Memorandum Set Deadlines/Hearings by Richard Reynolds. (Rosen, David) (Entered: 10/13/2023) |
| 10/13/2023 | 150 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephonic Status Conference held on 10/13/2023. Total Time: 2 minutes. (Reis, Julia) (Entered: 11/06/2023) |
| 10/16/2023 | 145 | ORDER granting 144 Consent MOTION for Extension of Time until October 16, 2023 to file the Joint Trial Memorandum. Signed by Judge Stefan R. Underhill on 10/16/2023. (Khabbaz, D.) (Entered: 10/16/2023) |
| 10/16/2023 | | Set Deadlines/Hearings: Joint Trial Memorandum due by 10/16/2023. (Khabbaz, D.) (Entered: 10/16/2023) |
| 10/16/2023 | 146 | TRIAL MEMO by Richard Reynolds Estimated trial time 7 days. (Rosen, David) (Entered: 10/16/2023) |
| 10/20/2023 | 147 | MOTION in Limine *to Preclude Certain Evidence and Testimony at Trial of Rick Bayuk* by Kristine Barone, Roger Bowles, Burns, Damien Doran, David Maiga, William Mulligan, Angel Quiros, Scott Salius, Craig Washington.Responses due by 11/10/2023 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Garofalo, Frank) (Entered: 10/20/2023) |
| 10/20/2023 | 148 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 10/20/2023. 122 MOTION for Summary Judgment filed by Kristine Barone, Roger Bowles, Damien Doran, Scott Salius, Burns, David Maiga, Doran, Angel Quiros, William Mulligan, Craig Washington is taken under advisement. Total Time: 1 hour and 29 minutes (Court Reporter: Melissa Cianciullo) (Reis, Julia) (Entered: 10/20/2023) |
| 10/20/2023 | | NOTICE OF CANCELLATION: The pretrial conference scheduled for 10/23/2023 at 3PM and the bench trial beginning on 10/26/2023 at 9AM are continued without date |

| | | |
|---|---|---|
| | | pending a ruling on motion for summary judgment. (Reis, Julia) (Entered: 10/20/2023) |
| 10/25/2023 | 149 | NOTICE by Richard Reynolds re 148 Order on Motion for Summary Judgment,, Motion Hearing, *of Plaintiff's Post Argument Submission* (Rosen, David) (Entered: 10/25/2023) |
| 11/13/2023 | 151 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 10/20/2023 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 12/4/2023. Redacted Transcript Deadline set for 12/14/2023. Release of Transcript Restriction set for 2/11/2024. (Cianciullo, Melissa) (Entered: 11/13/2023) |
| 03/22/2024 | 152 | ORDER granting 122 Motion for Summary Judgment.<br>The Clerk is directed to close this case.<br>Signed by District Judge Stefan R. Underhill on 3/22/2024. (Khabbaz, D) (Entered: 03/22/2024) |
| 03/25/2024 | 153 | JUDGMENT entered in favor of Angel Quiros, Kristine Barone, Scott Salius, William Mulligan, Burns, David Maiga, Craig Washington, Roger Bowles, Damien Doran, against Richard Reynolds.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all–forms/appeals_forms<br>Signed by Clerk on 3/25/2024. (Reis, J) (Entered: 03/25/2024) |
| 03/25/2024 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(Reis, J) (Entered: 03/25/2024) |
| 04/16/2024 | 154 | ORDER REFERRING CASE to Magistrate Judge Maria E. Garcia for global settlement purposes related to 3:13–cv–01465–SRU. Signed by District Judge Stefan R. Underhill on 4/16/2024. (Reis, J) (Entered: 04/16/2024) |
| 04/17/2024 | 155 | ORDER: The parties have requested referral to a United States Magistrate Judge for mediation. Accordingly, there is good cause to extend the time to file a notice of appeal. Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A), the notice of appeal deadline shall be extended by 30 days.<br>Signed by District Judge Stefan R. Underhill on 4/17/2024. (Khabbaz, D) (Entered: 04/17/2024) |
| 04/19/2024 | 156 | ORDER re 154 Order Referring Case to Magistrate Judge.<br>This case, in conjunction with case number 3:13–cv–01465 (SRU) has been referred to Judge Garcia for a settlement conference. Telephonic pre–settlement conference set for **Thursday, April 25, 2024, at 10:15 a.m.** before Judge Maria E. Garcia. Please call in to the Court's conference call line at **1–888–557–8511 and enter the pass code of 3852222#** when prompted. A date for the settlement conference will be set during the telephone call. Because the parties will likely be ordered to attend the conference, either in–person or via videoconference, counsel are instructed to obtain their client's schedules over the next ninety days and have them available during the pre–conference. Counsel should also have their own calendars available to aid in |

| | | |
|---|---|---|
| | | scheduling. During the telephone call, counsel should be prepared to discuss what, if any, information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference to maximize its chances of success. If either counsel has a firm, unavoidable conflict at the appointed date and time, e.g., a previously-scheduled appearance in another court, s/he should not file a motion for continuance on the docket but rather should call Chambers at 203-773-2022 as soon as possible with opposing counsel on the line to work out an alternate day and time for the pre-conference with Judge Garcia's law clerk.<br>Signed by Judge Maria E. Garcia on 4/19/2024. (Santos, S) (Entered: 04/19/2024) |
| 04/25/2024 | 157 | Minute Entry for proceedings held before Judge Maria E. Garcia: Telephonic Pre-settlement Conference held on 4/25/2024. Total Time: 6 minutes (Santos, S) (Entered: 04/26/2024) |
| 04/25/2024 | 158 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br>Settlement Conference set for **5/21/2024 at 10:30 a.m.** in Chambers Room 306, 141 Church St., New Haven, CT before Judge Maria E. Garcia. (Santos, S) (Entered: 04/26/2024) |
| 04/26/2024 | 159 | ORDER: An in-person Settlement Conference is scheduled for May 21, 2024 at 10:30 AM. Please see the attached Settlement Conference Order for detailed instructions regarding the conference. This will be a global settlement for cases *Reynolds v. Arnone*, No. 3:13-cv-1465 (SRU) and *Reynolds v. Quiros*, No. 3:21-cv-1064 (SRU). As soon as practicable but no later than **May 10, 2024**, defense counsel shall prepare a writ of habeas corpus for the Court's signature so that Mr. Reynolds will be able to participate in-person. Signed by Judge Maria E. Garcia on 04/26/2024. (Lee, E) (Entered: 04/26/2024) |
| 05/20/2024 | 160 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>*The Settlement Conference scheduled for May 21, 2024 is CANCELLED.*<br>Telephonic Pre-Settlement Conference set for 5/21/2024 at 10:00 AM before Judge Maria E. Garcia.<br>Please call the Chamber's Conference Line at (888) 557-8511; Access Code: 3852222#<br>(Esposito, A.) (Esposito, A.) (Entered: 05/20/2024) |
| 05/21/2024 | 161 | ORDER. An in-person Settlement Conference is scheduled for July 12, 2024 at 10:30 AM. The Settlement Conference Order dated April 26, 2024, remains in effect. ECF No. 159. This will be a global settlement for cases *Reynolds v. Arnone*, No. 3:13-cv-1465 (SRU) and *Reynolds v. Quiros*, No. 3:21-cv-1064 (SRU). As soon as practicable but no later than July 1, 2024, defense counsel shall prepare a writ of *habeas corpus* for the Court's signature so that Mr. Reynolds will be able to participate in-person.<br>Signed by Judge Maria E. Garcia on 5/21/24. (Esposito, A.) (Entered: 05/21/2024) |
| 05/21/2024 | 162 | Minute Entry for proceedings held before Judge Maria E. Garcia: Telephonic Pre-settlement Conference held on 5/21/2024. Total Time: 10 minutes (Santos, S) (Entered: 05/21/2024) |
| 05/23/2024 | 163 | NOTICE OF APPEAL as to 153 Judgment, by Richard Reynolds. Filing fee $ 605, receipt number BCTDC-7774190. (Rosen, David) (Entered: 05/23/2024) |
| 05/24/2024 | 164 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 163 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None (Imbriani, S) (Entered: 05/24/2024) |